UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 6:09-CR-101-ORL-19KRS

DONNIE DIXON

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 136 filed May 11, 2010) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 136) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Donnie Dixon has entered a plea of guilty to Counts One, Two, Three and Seven of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two, Three and Seven of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this   12th   day of May, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation

United States Pretrial Services
Defendant
Courtroom Deputy